[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14811
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 10, 2011
JOHN LEY
CLERK

D. C. Docket No. 1:08-cr-00012-MCR-AK-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AMANDA YVONNE WHITE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(May 10, 2011)

Before WILSON, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Amanda White, in this direct

criminal appeal, has filed a motion to withdraw from further representation of the

appellant, because counsel believes that the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues of merit, counsel's motion to withdraw is **GRANTED**, and White's conviction and sentence are **AFFIRMED**.